# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALLIANCE OF AUTOMOTIVE SERVICE
PROVIDERS, INC., et al.,

    Plaintiffs,

v.                                                    Case No: 6:14-cv-6008-Orl-31TBS

STATE FARM MUTUAL AUTO
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

Upon consideration of the Motion to Strike (Doc. 111), and Plaintiffs' Response (Doc. 115), it is

**ORDERED** that said Motion is DENIED.  Plaintiffs' untimely filing (by 26 minutes) was the result of excusable neglect.  Accordingly, pursuant to Fed.R.Civ.P. 6(1)(B), the Court construes Plaintiffs' Response as a motion to extend the time which it grants.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 25, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party