# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A & E AUTO BODY, INC., et al.,

    Plaintiffs,

v.

                                      Case No: MDL 2557
                                    6:14-md-2557-Orl-31EJK
                                    6:14-cv-6008-Orl-31EJK
                                    6:14-cv-6009-Orl-31EJK
                                    6:14-cv-6011-Orl-31EJK
                                    6:14-cv-6020-Orl-31EJK

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

By order dated December 22, 2016, these cases were stayed pending resolution of related appeals in the 11th Circuit Court of Appeals (Doc. 297 in 6:14-md-2557-Orl-31EJK). Each of these cases had outstanding motions to dismiss. In light of the 11th Circuit Court's *en banc* opinion in *Quality Auto vs. State Farm*, 917 F.3d. 1249 (11th Cir. 2019) (en banc), the parties to these cases shall confer and advise the Court by July 10, 2020, how they intend to proceed with respect to the pending motions to dismiss.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 24, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party