**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION**

| | |
|---|---|
| ALLIANCE OF AUTOMOTIVE SERVICE PRODIVERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTO INSURANCE COMPANY, et al., <br><br> Defendants. | MDL Docket No. 2557 <br><br> Civil Action No. 6:14-cv-06008-GAP-EJK |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, under Local Rule 2.03(a) and paragraph 7 of this Court's Scheduling Order Number One (ECF No. 2), Drew A. Hillier of the law firm Axinn, Veltrop & Harkrider LLP hereby enters his appearance on behalf of Defendants Property and Casualty Insurance Company of Hartford, Hartford Insurance Company of the Southeast, Hartford Insurance Company of the Midwest, Hartford Underwriters Insurance Company, Hartford Insurance Company of Illinois, Hartford Casualty Insurance Company, Hartford Accident and Indemnity Company, and Hartford Fire Insurance Company.

Counsel is a member in good standing of the Connecticut bar and is admitted to practice before: the United States District Court for the District of Connecticut, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Bankruptcy Court for the District of Connecticut, the United States Court of Appeals for the 2nd Circuit, and the United States Court of Appeals for the Federal Circuit.

Counsel is familiar with the Court's Local Rules and will conduct himself in accordance with the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida bar.

Dated: August 6, 2020

Respectfully submitted,

*/s/ Drew A. Hillier*

Drew A. Hillier
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100
Facsimile: (860) 275-8101
dhillier@axinn.com

*Attorneys for Defendants*
*Property and Casualty Insurance Company of Hartford, Hartford Insurance Company of the Southeast, Hartford Insurance Company of the Midwest, Hartford Underwriters Insurance Company, Hartford Insurance Company of Illinois, Hartford Casualty Insurance Company, Hartford Accident and Indemnity Company, and Hartford Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2020, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon counsel of record via the CM/ECF system.

*/s/ Drew A. Hillier*
Drew A. Hillier